# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                          **4:01-CR-00212-01-SWW**

**TREMAYNE SCOGGINS**

### ORDER

Pending are Defendant's *pro se* Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(2) (Doc. No. 1113) and Defendant's counsel's Motion to Withdraw as Counsel (Doc. No. 1127). Counsel was appointed to determine whether Defendant was entitled to a sentence reduction under 18 U.S.C. § 3582 based on the retroactive application of the United States Sentencing Commission's crack cocaine penalty guideline reduction (Amendment 750).

At his re-sentencing in 2006, Defendant's base offense level was 38 and he received a 2-point enhancement for a firearm and a 4-point enhancement for being a leader of the conspiracy. With a total offense level of 44 and a criminal history category V, Defendant's Guidelines range was life.[1] On December 1, 2006, Defendant was sentenced to 360 months in prison.[2] The Eighth Circuit held that "the district court correctly determined Scoggins's advisory Guidelines range and did not abuse its discretion in sentencing him below his Guidelines range after appropriately considering the sentencing factors in 18 U.S.C. § 3553(a)."[3]

---

[1] Doc. No. 833.

[2] Doc. Nos. 824, 827.

[3] Doc. No. 894.

Because Defendant was found responsible for at least 1.5 kilograms of cocaine base and 150 kilograms of cocaine, he is responsible for 35,356.5 kilograms of marijuana equivalent under Amendment 750.[4]  Accordingly, Defendant's base offense level remains a 38.  Since Defendant's base offense level did not change, his guideline range did not change, and the retroactive Guidelines amendment does not affect his sentence.

Accordingly, the Motion to Withdraw as Counsel (Doc. No. 1127) is GRANTED, and Ms. Driggers is relieved as counsel.  Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(2) is DENIED (Doc. No. 1113).

IT IS SO ORDERED this 19th day of January, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[4] 1.5 kgs of cocaine base = 5,356.5 kgs of marijuana (1 gm of cocaine base = 3,571 gm of marijuana) and 150 kgs of cocaine = 30,000 kgs of marijuana (1 gm of cocaine = 200 grams of marijuana).