**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **4:01-CR-00212-01-SWW**

**TREMAYNE SCOGGINS**

**ORDER**

For the same reasons set out in the January 19, 2012 Order,[1] Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582 (Doc. No. 1153) is DENIED.

IT IS SO ORDERED this 17th day of October, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1128.