IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              NO. 4:01CR00212-01-SWW

TREMAYNE SCOGGINS

## ORDER

Defendant's Motion for Two Point Reduction (Doc. No. 1169) based on Sentencing Guideline Amendment 782 is DENIED.

At his re-sentencing on December 1, 2006, the Court determined that Defendant's base offense was 38, plus 2 points for the gun and 4 points for leadership role, for a total offense level of 44. With a total offense level of 44 and a criminal history score of V, Defendant's guideline range was life. Defendant was sentenced to 360 months.

Under the new guidelines, Defendant's base offense level is 36,[1] for a total offense level of 42 and a guideline range of 360 months to life. However, Section 1B1.10(b)(2)(A) of the guideline manual reads:

> Except as provided in subdivision (B), the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range determined under subdivision (1) of this subsection.[2]

The exception mentioned in subdivision (B) is for substantial assistance, which is not applicable here. Since Defendant's original sentence is at the low end of the new range, the guidelines preclude the Court from going below the bottom end of the new guideline range.

IT IS SO ORDERED this 11th day of December, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant was responsible for at least 1.5 kg of crack and 150 kg of coke, which is over 35,000 kg of marijuana equivalent.

[2] U.S. SENTENCING GUIDELINES MANUAL § 1B1.10 (2014).