IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:01-CR-00212-01-SWW

TREMAYNE SCOGGINS

## ORDER

As set out below, Defendant's Motion to Reduce Sentence (Doc. No. 1237) is DENIED.

On August 23, 2004, a jury found Defendant guilty of conspiracy to distribute more than 5 kilograms of cocaine and more than 50 grams of cocaine base.[1] On December 21, 2014, he was sentenced to 360 months in prison.[2] Defendant seeks compassionate release because of COVID-19's potential adverse effects on his health.

First, Defendant's fear of adverse heath effects from COVID-19 does not justify compassionate release. Second, the relief is not warranted after consideration of the § 3553(a) factors – specifically, to reflect the seriousness of the offense and to protect the public from further crimes by Defendant. He was a gun-toting drug dealer who was the leader of a large-scale, nationwide drug trafficking conspiracy that lasted for at least five years and distributed well-over 150 kilograms of cocaine powder and 1.5 kilograms of cocaine base.  Although the Court is impressed with Defendant's behavior while incarcerated, that alone does not warrant compassionate release.

IT IS SO ORDERED, this 2nd  day of December, 2021.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant also was convicted of use of communication facility during a drug trafficking offense (Count 6). Doc. Nos. 697, 698.

[2] Doc. No. 747, 751.