IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                              No. 4:01-cr-212-DPM

TREMAYNE SCOGGINS                                                 DEFENDANT
Reg. No. 22554-009

ORDER

Scoggins has filed a motion for compassionate release, or a reduction of his sentence based on amendments to the Sentencing Guidelines. This case was reassigned to my docket because Judge Wright has gone onto inactive senior status.

First, compassionate release. Scoggins doesn't say in his motion that he exhausted his administrative remedies before filing this motion. 18 U.S.C. § 3582(c)(1). The exhaustion requirement is jurisdictional and can't be waived. *Doc. 197* in *United States v. Cox*, Case No. 4:98-cr-73-DPM (E.D. Ark. 8 September 2020). The motion for compassionate release is therefore denied without prejudice for lack of jurisdiction.

Second, amendments to the Guidelines. When Scoggins was sentenced, he received two criminal history points because he was on probation when he committed his new crime. He would only receive one point under the amended Guidelines. This change, however, does

not affect his sentencing range. Scoggins still has ten criminal history points, meaning he remains in criminal history category V.

For these reasons, the motion, *Doc. 1241*, is denied.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2024